No. 810. Van Beuren et al. v. McLoughlin (Former Acting Collector of Internal Revenue) et al. C. A. 1st Cir. Certiorari denied. *William R. Spofford* and *Sherwin T. McDowell* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 811. Mid-Southern Foundation v. Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied. *Robert A. Littleton* and *John R. Stivers* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 813. Hexagon Laboratories, Inc., v. Rogers, Attorney General, et al. C. A. 3d Cir. Certiorari denied. *Allan L. Tumarkin, Montrose H. Massler* and *Theodore R. Kupferman* for petitioner. *Anthony T. Augelli, Irving H. Jurow* and *William D. Denson* for Schering Corporation, respondent.

No. 814. United States v. Merchants Matrix Cut Syndicate, Inc. C. A. 7th Cir. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States. *Robert N. Burchmore* for respondent.

No. 817. American Oil Co. v. United States et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Perry S. Patterson* and *Herbert J. Miller, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for respondents.